UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61213-CIV-DIMITROULEAS

SHARON GERSTENHABER,
individually and on behalf of all
others similarly situated,

    Plaintiff,
vs.

MATHERNE HOLDINGS, INC.,
a Delaware corporation,

    Defendant.
_____/

## DEFAULT JUDGMENT
## AGAINST DEFENDANT MATHERNE HOLDINGS, INC.

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment [DE 12], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Judgment [DE 12] is **GRANTED**; and

2. The Court **ENTERS** Judgment in favor of Plaintiff Sharone Gerstenhaber and against Defendant Matherne Holdings, Inc.

3. This matter is **REFERRED** to Magistrate Judge Lurana S. Snow for appropriate disposition on damages.

4. The Clerk is **DIRECTED** also to send via U.S. mail a copy of this Order to Defendant Matherne Holdings, Inc. at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of August, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Matherne Holdings, Inc.
Gary Damini (Managing Agent)
C/O Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958