UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61213-WPD

**SHARONE GERSTENHABER,**
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**MATHERNE HOLDINGS, INC.,**

      Defendants.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiffs Sharone Gerstenhaber and Terri Carfagno (collectively referred to as "Plaintiffs") and Defendants Matherne Holdings, Inc. ("Matherne Holdings") and Todd Matherne ("Matherne") (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby submit this Notice of Settlement.  The Parties will file a joint Stipulation of Dismissal with prejudice as soon as they have a fully executed agreement, which the parties expect to occur shortly.

Date: February 8, 2019

Respectfully submitted,

| */s/ Ignacio J. Hiraldo* | */s/     Garry W. O'Donnell* |
|---|---|
| **IJH Law** | Garry W. O'Donnell, Esq. |
| Ignacio J. Hiraldo, Esq. | Florida Bar No. 0478148 |
| Florida Bar No. 0056031 | GREENSPOON MARDER LLP |
| 1200 Brickell Ave | One Boca Place 2255 Glades Road, Suite 400-E |
| Suite 1950 | Boca Raton, Florida 33431 |
| Miami, FL 33131 | Telephone: (561) 994-2212 x1567 |
| Email: ijhiraldo@ijhlaw.com | Facsimile: (561) 807-7527 Email: |

| | |
|---|---|
| Telephone: 786.469.4496<br>*Counsel for Plaintiff and the Class*<br><br>**Hiraldo P.A.**<br>Manuel S. Hiraldo, Esq.<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br>*Counsel for Plaintiff and the Class* | garry.odonnell@gmlaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

/s/ Ignacio J. Hiraldo

**IJH Law**
Ignacio J. Hiraldo, Esq.
Florida Bar No. 0056031
1200 Brickell Ave
Suite 1950
Miami, FL 33130
Email: ijhiraldo@ijhlaw.com
Telephone: 786.469.4496
*Counsel for Plaintiff and the Class*