UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61213-CIV-DIMITROULEAS

Sharone Gerstenhaber
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

MATHERNE HOLDINGS, INC.,
a Delaware corporation,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice [DE 19] (the "Stipulation"), filed herein on February 18, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.      The Stipulation [DE 19] is hereby **GRANTED**;

2.      This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.      The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of February, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record